UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* *ex rel.* FRANK GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, and GENENTECH, INC., <br><br> Defendants. | No. 06-cv-10465-WGY (Consolidated action) |
| UNITED STATES OF AMERICA *et al.* *ex rel.* STEPHEN FAUCI, <br><br> Plaintiffs, <br><br> v. <br><br> GENENTECH, INC., NOVARTIS PHARMACEUTICALS CORPORATION, and ROCHE HOLDINGS, INC., <br><br> Defendants. | No. 10-cv-11728-WGY (Consolidated action) |

## [PROPOSED] ORDER DENYING RELATOR'S MOTION TO AMEND AND CONSOLIDATE

THIS MATTER came before the Court upon Relators' Unopposed and/or Ex Parte Motion to Amend and Consolidate False Claims Act ("FCA") Complaint with Proposed Attached Consolidated First Amended Complaint in Civil Action No. 12-cv-10962-JLT. (D.E. 70, 1:06-cv-10465-WGY). The Court hereby **ORDERS** that:

(1) Relators' motion seeking leave to file an amended complaint, called the "Consolidated First Amended Complaint," (D.E. 70), brought in the name of all three Relators bearing a single caption and single docket number is **DENIED,** and accordingly, Relators' Consolidated First Amended Complaint, (D.E. 90), is hereby **STRICKEN** from the docket in this case;

(2) Relators' motion to consolidate "the two cases under a single operative complaint brought by all three Relators" is **DENIED**;

(3) The Court hereby **CONSOLIDATES** the cases under Federal Rule of Civil Procedure 42(a) for pre-trial and administrative purposes only, such that the three *qui tam* complaints, D.E. 1, No. 1:06-cv-10465-WGY, as amended by D.E. 17; D.E. 1, No. 1:10-cv-11728; and D.E. 1, No. 1:12-cv-10962-RWZ, remain separate as well as retain their separate identities with three separate captions and docket numbers;

(4) In accordance with this Court's direction at the April 3, 2014 status conference (Tr. 11; D.E. 101), Defendants shall have sixty (60) days from the date of this Order to move to dismiss or otherwise respond to the three *qui tam* complaints; and

(5) The parties shall file all documents in Case No. 1:06-cv-10465-WGY and not any other case.[1]

**IT IS SO ORDERED.**

DATED: *April 18, 2014*

*William G. Young*
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

---

[1] When using the CM/ECF system for filing, the system will ask the parties whether the document should be filed in multiple cases. The parties should choose "no" in response to this question.