**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* *ex rel.* FRANK GARCIA, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>NOVARTIS AG, *et al.*, <br><br>Defendants. | No. 06-cv-10465-WGY <br>(Consolidated action) |
| UNITED STATES OF AMERICA *et al.* *ex rel.* STEPHEN FAUCI, <br><br>Plaintiffs, <br><br>v. <br><br>GENENTECH, INC., *et al.*, <br><br>Defendants. | No. 10-cv-11728-WGY <br>(Consolidated action) |
| UNITED STATES OF AMERICA *ex rel.* ALLISON KELLY, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>NOVARTIS PHARMACEUTICALS CORPORATION, *et al.*, <br><br>Defendants. | No. 12-cv-10962-WGY <br>(Consolidated action) |

**DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINTS OF RELATORS GARCIA, FAUCI, AND KELLY**

Defendants Novartis Pharmaceuticals Corporation and Genentech, Inc. (collectively, "Defendants") move to dismiss, with prejudice, the Complaints filed by Relators Frank Garcia, Stephen Fauci, and Allison Kelly pursuant to Federal Rules of Civil Procedure 12(b) and 9(b) and the False Claims Act, 31 U.S.C. § 3729, *et seq*.

A memorandum in support of this motion is filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby request oral argument on this motion to dismiss.

Dated:  June 17, 2014                         Respectfully submitted,

                                              */s/ Matthew J. O'Connor*
                                              Matthew J. O'Connor (BBO#631259)
                                              Ronald G. Dove, Jr. (admitted *pro hac vice*)
                                              COVINGTON & BURLING LLP
                                              1201 Pennsylvania Avenue, N.W.
                                              Washington, DC 20004
                                              Tel.: (202) 662-5469
                                              Fax: (202) 778-5469
                                              moconnor@cov.com
                                              rdove@cov.com

                                              Elliot R. Peters (admitted *pro hac vice*)
                                              David J. Silbert (admitted *pro hac vice*)
                                              KEKER & VAN NEST LLP
                                              633 Battery Street
                                              San Francisco, CA 94111-1809
                                              Tel.: (415) 676-2273
                                              Fax: (415) 397-7188
                                              epeters@kvn.com
                                              dsilbert@kvn.com

                                              *Attorneys for Defendant Genentech, Inc.*

/s/ *Tracy A. Miner*
Tracy A. Miner (BBO #547137)
Michael J. Ticcioni (BBO #676878)
Mintz, Levin, Cohn, Ferris,
   Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel.: (617) 542-6000
Fax: (617) 542-2241
tminer@mintz.com
mjticcioni@mintz.com

Michael A. Rogoff (admitted *pro hac vice*)
Debra E. Schreck (admitted *pro hac vice*)
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Tel.: (212) 836-7684
Fax: (212) 836-6615
mrogoff@kayescholer.com
dschreck@kayescholer.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with Relators' counsel regarding the subject matter of this motion and have attempted in good faith to resolve or narrow the issue.

> */s/ Matthew J. O'Connor*
> Matthew J. O'Connor (BBO#631259)
> COVINGTON & BURLING LLP
> 1201 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> Tel.: (202) 662-5469
> Fax: (202) 778-5469
> moconnor@cov.com
>
> *On behalf of Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, a true and correct copy of the foregoing document was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system, as well as by U.S. mail to those indicated as non-registered participants.

*/s/ Matthew J. O'Connor*
Matthew J. O'Connor (BBO#631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 662-5469
Fax: (202) 778-5469
moconnor@cov.com

*On behalf of Defendants*