# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* STEPHEN FAUCI,<br><br>Plaintiffs,<br>v.<br>GENENTECH, INC., NOVARTIS PHARMACEUTICALS CORPORATION, and ROCHE HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 10-cv-11728-WGY |
| UNITED STATES OF AMERICA, et al., *ex rel.* ALLISON KELLY,<br><br>Plaintiffs,<br>v.<br>NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS CORPORATION, GENENTECH, INC., ROCHE HOLDINGS, INC. and THE ROCHE GROUP,<br><br>Defendants. | Civil Action No. 12-cv-10962-WGY |

## NOTICE OF NOVARTIS CORPORATION'S AND ROCHE HOLDINGS, INC.'S JOINT MOTION TO DISMISS THE COMPLAINTS OF RELATORS FAUCI AND KELLY

Defendants Novartis Corporation ("Novartis Corp.") and Roche Holdings, Inc. ("Roche") (collectively "Defendants") move to dismiss, with prejudice, Novartis Corp. from the Complaint filed by Relator Allison Kelly, and Roche from the Complaint filed by Relator Kelly and the Complaint filed by Relator Stephen Fauci pursuant to Federal Rules of Civil Procedure

12(b) and 9(b) and the False Claims Act, 31 U.S.C. § 3729, *et seq*.

A memorandum in support of this motion is filed herewith.

Dated: June 17, 2014

Respectfully submitted,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO#547137)
Michael J. Ticcioni (BBO#676878)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, PC
42nd Floor
One Financial Center
Boston, MA 02110
(617) 542-6000
tminer@mintz.com
mticcioni@mintz.com

Michael A. Rogoff (admitted *pro hac vice*)
Debra E. Schreck (admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
(212) 836-8000
mrogoff@kayescholer.com
dschreck@kayescholer.com

*Attorneys for Defendant Novartis Corporation*

Matthew J. O'Connor (BBO#631259)
Ronald G. Dove, Jr. (admitted *pro hac vice*)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-5469
moconnor@cov.com
rdove@cov.com

Elliot R. Peters (admitted *pro hac vice*)
David J. Silbert (admitted *pro hac vice*)
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 676-2273
epeters@kvn.com
dsilbert@kvn.com

*Attorneys for Defendant Roche Holdings, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with Relators' counsel regarding the subject matter of this motion and have attempted in good faith to resolve or narrow the issue.

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO#547137)
Michael J. Ticcioni (BBO#676878)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, PC
42nd Floor
One Financial Center
Boston, MA 02110
617-542-6000

*On behalf of Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, a true and correct copy of the foregoing document was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system, as well as by U.S. mail to those indicated as non-registered participants.

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO#547137)
Michael J. Ticcioni (BBO#676878)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
42nd Floor
One Financial Center
Boston, MA 02110
617-542-6000

*On behalf of Defendants*