**APPENDIX 2**
**Plaintiff States Named in the 2006 Garcia Action, 2010 Fauci Action, and 2012 Kelly Action**

| State | Plaintiffs in 2006 Garcia Action | Plaintiffs in 2010 Fauci Action | Plaintiffs in 2012 Kelly Action | Effective Date | First-to-File Provision | Public Disclosure Provision |
|---|---|---|---|---|---|---|
| California | X | X | X | Sept. 30, 1987 | Cal. Gov't Code § 12652(c)(10) | Cal. Gov't Code § 12652(d)(3) |
| Colorado | | | X | May 26, 2010 | Colo. Rev. Stat. § 25.5-4-306(2)(e) | Colo. Rev. Stat. § 25.5-4-306(5)(c) |
| Connecticut | | X | X | Oct. 5, 2009 | Conn. Gen. Stat. § 17b-301d(d) | Conn. Gen. Stat. § 17b-301i(b) |
| Delaware | X | X | X | June 30, 2000 | Del. Code Ann. tit. 6, § 1203(b)(5) | Del. Code Ann. tit. 6, § 1206(b) |
| District of Columbia | X | X | X | May 8, 1998 | D.C. Code § 2-381.03(b)(6) | D.C. Code § 2-381.03(c-1) |
| Florida | X | X | X | July 1, 1994 | Fla. Stat. § 68.083(7) | Fla. Stat. § 68.087(3) |
| Georgia | X[1] | X | X | May 24, 2007 | Ga. Code Ann. § 49-4-168.2(c)(6) | Ga. Code Ann. § 49-4-168.2(k)(2) |
| Hawaii | X | X | X | May 26, 2000 | Haw. Rev. Stat. § 661-25(e) | Haw. Rev. Stat. § 661-31(b) |
| Illinois | X | X | X | Jan. 1, 1992 | 740 Ill. Comp. Stat. 175/4(b)(5) | 740 Ill. Comp. Stat. 175/4(e)(4) |
| Indiana | X | X | X | July 1, 2005 | Ind. Code § 5-11-5.5-4(g) | Ind. Code § 5-11-5.5-7(f) |
| Iowa | | | X | July 1, 2011 | Iowa Code § 685.3(2)(e) | Iowa Code § 608.3(5)(c) |
| Louisiana | X | X | X | July 15, 1997 | La. Rev. Stat. Ann. § 46:439.2(A)(3) | La. Rev. Stat. Ann. § 46:439.1(D) |

---

[1] Georgia was added as a Plaintiff State in the First Amendment to the Complaint, which was filed on December 19, 2007. *See* 2006 Garcia Action, ECF No. 17.

| State | Plaintiffs in 2006 Garcia Action | Plaintiffs in 2010 Fauci Action | Plaintiffs in 2012 Kelly Action | Effective Date | First-to-File Provision | Public Disclosure Provision |
|---|---|---|---|---|---|---|
| Massachusetts | X | X | X | July 1, 2000 | Mass. Gen. Laws. ch. 12, § 5C(6) | Mass. Gen. Laws ch. 12, § 5G(c) |
| Michigan | X | X | X | Jan. 3, 2006 | Mich. Comp. Laws § 400.610a(4) | Mich. Comp. Laws § 400.610a(13) |
| Minnesota | | | X | July 1, 2010 | Minn. Stat. § 15C.05(b) | Minn. Stat. § 15C.05(f) |
| Montana | | X | X | Apr. 28, 2005 | Mont. Code Ann. § 17-8-406(7) | Mont. Code Ann. § 17-8-403(6) |
| Nevada | X | X | X | Oct. 1, 1999 | Nev. Rev. Stat. § 357.080(2) | Nev. Rev. Stat. § 357.100 |
| New Hampshire | X | X | X | Jan. 1, 2005 | N.H. Rev. Stat. Ann. § 167:61-c(II)(b) | N.H. Rev. Stat. § 167:61-e(III)(d) |
| New Jersey | | X | X | Mar. 13, 2008 | N.J. Stat. Ann. § 2A:32C-5(i) | N.J. Stat. Ann. § 2A:32C-9(c) |
| New Mexico | X | | X | May 19, 2004; July 1, 2007 | N.M. Stat. Ann. § 44-9-5(E) | N.M. Stat. Ann. § 27-14-10(C) |
| New York | X[2] | X | X | Apr. 1, 2007 | N.Y. State Fin. Law § 190(4) | N.Y. State Fin. Law § 190(9)(b) |
| North Carolina | | X | X | Jan. 1, 2010 | N.C. Gen. Stat. § 1-608(b)(5) | N.C. Gen. Stat. § 1-611(d) |
| Oklahoma | | X | X | Nov. 1, 2007 | Okla. Stat. tit. 63, § 5053.2(B)(5) | Okla. Stat. tit. 63, § 5053.5(B) |
| Rhode Island | | X | X | July 1, 2007 | R.I. Gen. Laws § 9-1.1-4(b)(5) | R.I. Gen. Laws § 9-1.1-4(e)(4) |

---

[2] New York was added as a Plaintiff State in the First Amendment to the Complaint, which was filed on December 19, 2007. *See* 2006 Garcia Action, ECF No. 17.

| State | Plaintiffs in 2006 Garcia Action | Plaintiffs in 2010 Fauci Action | Plaintiffs in 2012 Kelly Action | Effective Date | First-to-File Provision | Public Disclosure Provision |
|---|---|---|---|---|---|---|
| Tennessee | X | X | X | July 1, 2001 | Tenn. Code Ann. § 71-5-183(b)(5) | Tenn. Code Ann. § 71-5-183(e)(2) |
| Texas | X | X | X | Sept. 1, 1997 | Tex. Hum. Res. Code Ann. § 36.106 | Tex. Hum. Res. Code Ann. § 36.113(b) |
| Virginia | X | X | X | July 1, 2003 | Va. Code Ann. § 8.01-216.5(E) | Va. Code Ann. § 8.01-216.8 |
| Washington | | | X | June 7, 2012 | Wash. Rev. Code § 74.66.050(5) | Wash. Rev. Code § 74.66.080(2) |
| Wisconsin | | X | X | Oct. 27, 2007 | Wis. Stat. § 20.931(5)(e) | Wis. Stat. § 20.931(12)(b) |