**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* *ex rel.* FRANK GARCIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, *et al.*,<br><br>Defendants. | No. 06-cv-10465-WGY<br>(Consolidated action) |
| UNITED STATES OF AMERICA *et al.* *ex rel.* STEPHEN FAUCI,<br><br>Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., *et al.*,<br><br>Defendants. | No. 10-cv-11728-WGY<br>(Consolidated action) |
| UNITED STATES OF AMERICA *ex rel.* ALLISON KELLY, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, *et al.*,<br><br>Defendants. | No. 12-cv-10962-WGY<br>(Consolidated action) |

**<u>DECLARATION OF MATTHEW J. O'CONNOR</u>**

I, Matthew J. O'Connor, state as follows:

1. I am a partner at Covington & Burling LLP, counsel for Defendants Genentech, Inc. and Roche Holdings, Inc. I have personal knowledge of the facts stated below.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by James W. Rediehs in Case No. 04-cv-08357 in the Northern District of Illinois on December 30, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed by Stephen Fauci in Case No. 06-cv-10061 in the District of Massachusetts on January 11, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matthew J. O'Connor
Matthew J. O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, a true and correct copy of the foregoing document was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system, as well as by U.S. mail to those indicated as non-registered participants.

*/s/ Matthew J. O'Connor*
Matthew J. O'Connor (BBO#631259)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 662-5469
Fax: (202) 778-5469
moconnor@cov.com

*On Behalf of Defendants*